# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ROSITA ROMERO VASQUEZ, | Case No. CV 5:26-03662-RAO |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Petitioner Ana Rosita Romero Vasquez, a non-citizen represented by counsel and currently in immigration custody at Adelanto Processing Center, has filed two immigration-related habeas petitions pursuant to 28 U.S.C. § 2241 in this Court: the instant matter, and *Ana Rosita Romero Vasquez v. Warden,* No. CV 5:26-02333-FLA-SK.

The Court has discretion to dismiss a pleading "that merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). A habeas petition is duplicative when the "claims, parties, and available relief do not significantly differ between the two actions." *Barapind v. Reno*, 72 F.Supp.2d 1132, 1145 (E.D. Cal. 1999) (*quoting Ridge Gold Standard Liquors, Inc. v. Joseph*

*E. Seagram & Sons, Inc.*, 572 F. Supp. 1210, 1213 (N.D. Ill.1983)).  When there is a multiplication of the proceedings, the Court may dismiss the second action.  *See id.*

The Petition here either duplicates or substantially overlaps with the information contained in No. CV 5:26-02333-FLA-SK, currently pending in this District, and both matters arise from the same immigration detention.[1]  In sum, there is no significant difference between the instant matter and the pending habeas action in No. CV 5:26-02333-FLA-SK.

IT THEREFORE IS ORDERED that this action is summarily dismissed without prejudice as duplicative of No. CV 5:26-02333-FLA-SK.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 14, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] In No. CV 5:26-02333-FLA-SK, Petitioner filed a Motion for Immediate Release on July 6, 2026.  *See* Dkt. No. 13, No. CV 5:26-02333-FLA-SK.  A hearing on Petitioner's motion is scheduled for August 5, 2026, before the District Judge.  *See Id.*, Dkt. No. 20.