UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANA ROSITA ROMERO VASQUEZ,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. CV 5:26-03662-RAO

JUDGMENT

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 14, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE